No. 86–1711. EDWARDS v. TURNER. Appeal from Ct. App. Mich. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1728. CAHOON v. ALTON PACKAGING CORP. ET AL. Appeal from App. Ct. Ill., 5th Dist., dismissed for want of properly presented federal question. JUSTICE BRENNAN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 85–1442. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. JOHNSON ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Bowen* v. *Yuckert, ante,* p. 137.

No. 85–7216. SUEIRO v. FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Miller* v. *Florida, ante,* p. 423.

No. 86–2. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. DIXON ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bowen* v. *Yuckert, ante,* p. 137.

No. 86–40. KIDDER, PEABODY & CO. INC. v. INTRE SPORT, LTD. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shearson/American Express Inc.* v. *McMahon, ante,* p. 220.